UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SANTO LANZAFAME, in his fiduciary capacity  :
as a Trustee for the Pointers, Cleaners, & Caulkers  :
Welfare, Pension & Annuity Funds and as President :
of the Bricklayers and Allied Craftworkers Local  :
Union No. 1. B.A.C.I.U., AFL-CIO,  :   **ORDER ADOPTING**
: **REPORT AND**
Plaintiff,  :   **RECOMMENDATION**
:
-against-  :   04-CV-823 (DLI) (KAM)
:
ALTEK CONSTRUCTION CORP. and  :
GREGORY S. CASSIMOS,  :
:
Defendants.  :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

No objections have been filed to the Report and Recommendation of the Honorable Kiyo A. Matsumoto, U.S.M.J. dated March 1, 2006. Accordingly, the Report and Recommendation is hereby adopted in full. It is also hereby

ORDERED that plaintiff be awarded $74,157.98 in unpaid contribution and dues, $6,631.06 in interest on the unpaid contributions and dues, $13,688.90 in liquidated damages, $19,187 in attorneys' fees, $2,025.00 in audit fees, and $2,153.43 in costs, for a total award of $117,843.37; it is further

ORDERED that this case is discontinued. The Clerk of the Court is directed to close the file maintained in this matter and to enter judgment.

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.


DATED:   Brooklyn, New York
         March 27, 2006


_____/s/_____
DORA L. IRIZARRY
United States District Judge